# Melanie Oldham
## 392nd District Court

Henderson County Judicial Complex
109 W. Corsicana Street, Suite 101
Athens, Texas 75751
(903) 677-7280 fax
(903) 675-6111
moldham@co.henderson.tx.us

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/5/2015 9:50:13 AM
CATHY S. LUSK
Clerk

February 5, 2015

Ms. Cathy Lusk
Clerk of the Twelfth District Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

      In Re:  Cause No. 12-14-00025-CV
              Trial Court Cause No. 2014B-0692

      Style:  In the Matter of the Marriage of Leslie Sue Floyd and Bradley Dean Cody and In
              the Interest of Billy Dean Cody, a Child

Dear Ms. Lusk:

I received your letter dated February 4, 2015, regarding the Reporter's Record not being filed.

Pursuant to Texas Rules of Appellate Procedure 35.3(b) (2), I have not received a written request for a Reporter's Record.

Also, pursuant to Texas Rules of Appellate Procedure 35.3 (b) (3), no arrangements have been made to satisfy the reporter's fee.

I will respond appropriately when the above have been complied with.

                      Sincerely,

                      Melanie Oldham, CSR

cc:    Mr. Samuel M. Smith
       Ms. Marianne T. Warren